# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| ALLEN E. J., )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>    Defendant. )<br>_____)  | Civil Action No. 3:21cv13 |

## ORDER

This matter is before the Court on the Report and Recommendation of the Magistrate Judge entered on July 14, 2022. (ECF No. 26.) The time to file objections has expired and neither party has objected to the Report and Recommendation. Having considered the matter and deeming it otherwise proper and just to do so, it is hereby ORDERED:

(1) The Report and Recommendation of the Magistrate Judge, (ECF No. 26), is ACCEPTED and ADOPTED as the OPINION of the Court.

(2) The plaintiff's Motion for Summary Judgment, (ECF No. 23), and Motion to Remand, (*id*.), are DENIED.

(3) The defendant's Motion for Summary Judgment, (ECF No. 25), is GRANTED.

(4) The decision of the Commissioner is AFFIRMED.

(5) This case is CLOSED.

Let the Clerk of the Court send a copy of this Final Order to all counsel of record.

It is so ORDERED.

Richmond, Virginia
Date: 29 July 2022